FILED

JUL 22 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

SEALED

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**

**UNITED STATES OF AMERICA**

**v.** **CASE NUMBER: 2:26-mj-00073**

**DAVID ELLIOTT PRITT**

## SEALED MOTION TO SEAL

Comes now the United States of America by Jennifer Rada Herrald, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint, Arrest Warrant, this sealed Motion and Order, in order to allow for the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Respectfully submitted,

MOORE CAPITO
United States Attorney

Jennifer Rada Herrald
Assistant United States Attorney
WV Bar No. 12181
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: Jennifer.herrald@usdoj.gov