FILED
JUL 2 2 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

SEALED

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

United States of America
v.
David Elliott Pritt
*Defendant(s)*

Case No. 2:26-mj-00073

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 2025 - July 2026 in the county of Fayette in the Southern District of West Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

TERRANCE L TAYLOR
Digitally signed by TERRANCE L TAYLOR
Date: 2026.07.20 16:41:27 -04'00'

*Complainant's signature*

HSI Special Agent Terrance L. Taylor

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: July 21, 2026

*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge

*Printed name and title*