**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 2:26-cr-00097 |
| | ) | |
| DAVID ELLIOTT PRITT | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On August 24, 2026, in Charleston, Jennifer Rada Herrald, Assistant United States Attorney, appeared for the United States, while Defendant David Elliott Pritt, appeared with court-appointed counsel, Wesley P. Page, Federal Public Defender, for an Initial Appearance, Arraignment and Detention Hearing regarding an Indictment filed in this matter. Also present was Shamika Wade, United States Probation Officer.

The Court informed the Defendant of the charges in the case, his right to counsel, and matters relating to conditions of release. The Court further informed the Defendant that he was not required to make a statement and that any statement made by the Defendant may be used against him.

The Court found the Defendant qualified for court-appointed counsel based upon the completed financial affidavit submitted by the Defendant on July 22, 2026. The Federal Public Defender's Office will continue to represent the Defendant in this matter.

The Arraignment was held, and the Arraignment Order and Standard Discovery Requests were completed and filed.

The United States previously filed a Motion for Detention Hearing. The Defendant did not wish to be heard on the issue of detention; however, defense counsel reserved the right to revisit detention at a later time. The Court advised counsel to file the appropriate motion if he wished to reopen the issue of detention.

Therefore, the Defendant will remain **DETAINED** and **REMANDED** to the custody of the United States Marshal pending trial in this matter or further Order of the Court.

The Court **DIRECTS** the Clerk to provide a copy of this Order to counsel of record, to the Defendant, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED: August 24, 2026.

Omar J. Aboulhosn
United States Magistrate Judge